James R. GORE, Petitioner–Appellant,

v.

Wanda M. GORE,
Respondent–Respondent.

No. 57360.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 21, 1990.

Claude Hanks, Creve Coeur, for petitioner-appellant.

Geoffrey Lynn Pratte, Farmington, for respondent-respondent.

## ORDER

PER CURIAM.

Husband, James Gore, appeals from a decree of dissolution of his marriage to wife, Wanda Gore. Husband challenges the trial court's division of marital property and the award of attorney's fees to wife's counsel.

The decree of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).